MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ALVIN SARTIAGUDA,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-02280-CMK<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 45 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 45 additional days to respond to Plaintiff's motion for summary judgment. The current due date is June 4, 2018. The new due date will be July 19, 2018.

    This is Defendant's first request for an extension of time in this case. There is good cause for this request. During the weekend of April 1, 2018, Defendant's counsel had a serious personal emergency and took multiple days of leave to address and recover from the emergency and continues to take leave intermittently for treatment. Defendant's counsel is continuing to

1

address and prioritize the backlog of cases that she could not address while on leave, while also balancing her full workload of district court cases and employment law matters.

Thus, Defendant is respectfully requesting additional time up to and including July 19, 2018, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment in this case. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date: June 1, 2018　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　　*s/ Lawrence D. Rohlfing by C.Chen\**
　　　　　　　　　　　　　　　　　　(As authorized by email on 5/31/2018)
　　　　　　　　　　　　　　　　　　LAWRENCE D. ROHLFING
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Date: June 1, 2018　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By *s/ Carolyn B. Chen*
　　　　　　　　　　　　　　　　　　CAROLYN B. CHEN
　　　　　　　　　　　　　　　　　　Special Assistant U. S. Attorney

　　　　　　　　　　　　　　　　　　Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  June 4, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE