# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN REYES SARTIAGUDA,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:17-CV-2280-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion for an extension of time (Doc. 19). Good cause appearing therefor, defendant's motion is granted nunc pro tunc to September 4, 2018. Defendant's cross-motion for summary judgment, filed on September 7, 2018, is deemed timely. Plaintiff may file a reply within 20 days of the date of this order.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1